| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Vance<br>Special Agent: Bowling, ATF | | Telephone: (810) 766-5177<br>Telephone: (901) 201-1342 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
Blake Anthony Taylor,

Case No. 4:23-mj-30211
Judge: Ivy, Curtis
Filed: 05-24-2023

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 21, 2023__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_
Daniel Bowling, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 24, 2023

City and state: Bay City, MI

_Judge's signature_
Patricia T. Morris, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT

I, Daniel Bowling, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, hereby declare and state:

1. I am a Special Agent with ATF and am currently assigned to the Detroit Field Division, Flint Field Office. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 21 U.S.C. § 801, et. seq. and 18 U. S.C. § 2516.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Blake Anthony Carter.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant. Thus, this affidavit does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe on or about May 21, 2023, Taylor possessed a firearm after being convicted of a felony crime punishable by more than one (1) year in prison, in violation of Title 18 U.S.C. § 922 (g)(1).

5.      I have been employed by the ATF since July 26, 2015.  I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center.  I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015.  During my time there, I was assigned to the Gang Unit from August of 2012 until May of 2015.  My duties included, but were not limited to, conducting controlled purchases of narcotics through utilization of confidential informants, application for and execution of search warrants on persons, residences, and vehicles, debriefing confidential informants, interviewing witnesses, and proffering defendants.  In addition, I analyzed toll records and led investigations that resulted in the interception of wired communications.  I have testified in all levels of court proceedings, both at the state and the federal level.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

## PROBABLE CAUSE

6. On May 21, 2023, Mount Morris Township Police Department responded to a domestic disturbance at 5345 Bermuda, Flint, Michigan, located in the Eastern District of Michigan. The victim (Victim-1), whose identity is know to the government, advised that she was enroute to the hospital after being struck in the head by a handgun. Victim-1 advised that her boyfriend, Blake Taylor, who was last seen wearing a gray tank top and blue men's underwear had physically assaulted her at her home in the living room. Victim-1 stated that Taylor struck her on the head with a black pistol. Victim-1 stated that Taylor was still present at the location and that the firearm was possibly between his legs.

7. Victim-1 gave officers permission to enter her home. Responding officers entered the residence to take Taylor into custody. Officers made entry and took Taylor into custody without incident. Taylor was wearing the same clothes as described by Victim-1. Victim-1 assisted officers in locating the firearm used in the assault. Officers located a black HK USP .45 caliber SN: 29026415 under the gray sectional couch cushion located in the living room.

8. Taylor was lodged in the Genesee County Jail for this incident as well as an outstanding warrant. A review of Taylor's criminal history revealed the following felony convictions:

- 2009 – attempt carrying a concealed weapon;

3

- 2011 – (1) delivery of controlled substance less than 50 grams, (2) carrying a concealed weapon, (3) felon in possession of a firearm, and (4) felony firearm.

9. Responding officers reviewed and took into custody video footage from security cameras set up inside the apartment complex. During review of the video, Taylor is observed striking Victim-1 numerous times with a closed fist and at least one time with a black handgun. Victim-1 stated that during the attack, Taylor stated to her two separate times "I'll kill you."

10. An interstate nexus review of the firearm was conducted and as a result of the review it was determined that the firearm was manufactured outside of the state of Michigan and therefore has traveled across states lines.

11. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that on May 21, 2023, Taylor possessed a firearm after being convicted of a felony crime punishable by more than one (1) year in prison, in violation of Title 18 U.S.C. § 922 (g)(1).

                                        Special Agent Daniel Bowling
                                        ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on this 24th day of May, 2023.

Hon. Patricia T. Morris
United States Magistrate Judge

4